UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLA HUAYANAY FUERTES, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GREYHOUND LINES, INC., et al.,<br><br>Defendants. | No.  2:25-cv-01535-DAD-CSK<br><br>ORDER REMANDING ACTION TO THE PLACER COUNTY SUPERIOR COURT PURSUANT TO THE STIPULATION OF THE PARTIES<br><br>(Doc. No. 5) |

On December 23, 2024, plaintiffs filed the complaint initiating this action in the Placer County Superior Court against defendants Greyhound Lines, Inc., Greyhound Bus Company, Flix North America, Inc., and Marcus Dushun McMillian-Bonner.  (Doc. No. 1 at 1.)  On June 2, 2025, defendants Greyhound Lines, Inc. and Flix North America, Inc. (the "removing defendants") filed a notice of removal in this court on the basis of 28 U.S.C. §§ 1332, stating that this "is a civil action between citizens of different states with an amount in controversy in excess of $75,000."  (Doc. No. 1 at 3.)

On July 17, 2025, plaintiff and the removing defendants stipulated to remand of this action to the Placer County Superior Court, where this action was originally filed.  (Doc. No. 5.)  In their stipulation, the parties state that after meeting and conferring, they agree that this action

/////

1

1  "should be remanded to the Placer County Superior Court based upon the removal being untimely
2  pursuant to 28 U.S.C. § 1446(b)(1)."  (Doc. No. 5 at 2.)  28 U.S.C. § 1446(b)(1) requires that:

> The notice of removal of a civil action or proceeding shall be filed within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based, or within 30 days after the service of summons upon the defendant if such initial pleading has then been filed in court and is not required to be served on the defendant, whichever period is shorter.

7  *Id*.  Accordingly, and pursuant to the parties' stipulation, this action is REMANDED to the Placer
8  County Superior Court.  The Clerk of the Court is directed to CLOSE this case.

9      IT IS SO ORDERED.

10  Dated:   **July 29, 2025**               /s/ Dale A. Drozd
11                                           DALE A. DROZD
                                             UNITED STATES DISTRICT JUDGE

2